**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8559**

UNITED STATES OF AMERICA,

  Petitioner - Appellee,

  v.

THO TRAN,

  Respondent - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (5:01-hc-00833-BR)

Submitted:  June 22, 2009              Decided:  June 26, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tho Tran, Appellant Pro Se. David T. Huband, BUREAU OF PRISONS,
Butner, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tho Tran appeals the district court's order denying his motion requesting a furlough under 18 U.S.C. § 4243(h)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tran, No. 5:01-hc-00833-BR (E.D.N.C. Nov. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED